Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
24 JUL 23 PM 3:35
OFFICE OF THE CLERK

Paulette Chatman, Sakari Chatman, Paul Chatman Sr, Zaylin Rose Lillian Helk, Simone Helk, Sirius Chatman, Beverly Chatman, ~~Jacquline Thompson~~, Nicole He Thompson, Jacquline Thompson, Valarie Carter, Ronesha Carter, DiLivia Hollowins, John Helk, Michael Ford, Maria Chatman, Najalyn Chatman, Tyrone Amos, Lusheen Luggins Plaintiff(s), Paul Chatman Jr. )
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Omaha Housing Authority (OHA)

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:24CV293
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

RECEIVED
JUL 23 2024
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Paulette Chatman |
   | Street Address | 4739 N 40 St |
   | City and County | Omaha (Douglas) |
   | State and Zip Code | Nebraska 68111 |
   | Telephone Number | (402) 504-9748 |
   | E-mail Address | PauletteChatman7@gmail.com |

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Omaha Housing Authority
- Job or Title (if known):
- Street Address: 1823 Harney St
- City and County: Omaha
- State and Zip Code: Nebraska 68101
- Telephone Number: (402) 444-6900
- E-mail Address (if known):

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Fed housing codes

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Paulette Chatman, is a citizen of the State of *(name)* Omaha, NE 68111.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation
The defendant, (name) __O.H.A.__, is incorporated under the laws of the State of (name) __Nebraska__, and has its principal place of business in the State of (name) _____.
Or is incorporated under the laws of (foreign nation) _____
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

O.H.A. Violated the rights of my father 88 years Paul Chatman. Living condition Bed BUGS, Roaches, living condition un livable

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-23-2024

Signature of Plaintiff: *Paulette Chatman*
Printed Name of Plaintiff: Paulette Chatman

#### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Paul Chatmon - 3600 N 24 street, Omaha, Ne 68111

**Daughters / daughters:**

Paulette Chatmon - 4739 North 40 St, Omaha Ne 68111
PauletteChatmon7@gmail.com (email)

Lillian Helk 5600 S. 31 street
Lincoln, Ne 68516, Dancelady44@yahoo.com (email)

Beverly Chatmon - 12602 Ames Plaza, Apt #206, Omaha Ne 68104

Nicolette Thompson - 5358 Bull St Augusta Ga. 30909

Valarie Carter - 4032 East Saddle Branch Drive, Tulsa 85756

Jacqueline Thompson - 6700 Queenston Blvd, Apt #412 Houston, TX 7-1044
Dieat3308@gmail.com (Gmail)

**Grandkids / Grandkids:**

Konesha Carter - c/o Valarie Carter 4032 E. Saddle Branch Drive, Tulsa AZ

Maria Chatmon -
17020 E 44th Street S Independence Mo. 64055
(email) Libramom1738@gmail.com

Sakari Chatmon 8109 Park View Blvd, Lincoln Ne
SakariChatmon@gmail.com

Simone Helk 222 E McDowill Rd, Apt# 3010 phoeniz, AZ 85004
Simone.Helk@yahoo.com (email)

Zaylin Rose - 3622 Duff Avenue, Cheyenne Wyoming 82001

Najalyn Chatmon - 4952 N 166th Plaza A302, Omaha Ne 68116

Michael Ford - c/o Beverly Chatmon - 12602 Ames Plaza, Apt #206
Omaha, Ne 68104

Luchannel Dixion - 8808 North 20 St., Tampa, Fla. 33604

John Helk - 3304 N 105 Plaza Apt #1401
Omaha. Ne 68111, John.Helk@yahoo.com

Tyrone Amos - 4739 N 40st, Omaha Ne 68111

**Daughter:** Oivila Luggins - 333 Northwest 7 Street, Fort Lauderdale Fla.

**Granddaughter:** Lusheen Luggins - 333 Northwest 7 street Fort Lauerdale Fla.

**Kids / Child:**
Sirius Chatmon - 8808 North 20 street
Paul Chatmon Jr - Tampa, Fla 33604